AO 245E (Rev. 9/00) Judgment in a Criminal Case for Organizational Defendants
Sheet 1

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
MAR 14 2022
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ GGV DEPUTY

UNITED STATES OF AMERICA
v.
WELLGREENSCA, INC. (1)

JUDGMENT IN A CRIMINAL CASE
(For Organizational Defendants)

CASE NUMBER: 19CR2439-WQH

Vikas Bajaj
Defendant Organization's Attorney

THE DEFENDANT ORGANIZATION:

☒ pleaded guilty to count(s)    7 of the Indictment

☐ was found guilty on count(s)
after a plea of not guilty.

Accordingly, the defendant organization is adjudged guilty of such count(s), which involve the following offense(s):

| Title & Section | Nature of Offense | Count Number(s) |
|---|---|---|
| 42:6928(d)(5); 18:2 | Transportation of Hazardous Waste Without A Manifest; Aiding and Abetting | 7 |

The defendant organization is sentenced as provided in pages 2 through ___3___ of this judgment.
The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant organization has been found not guilty on count(s) _____

☒ Count(s)  Remaining counts    ☐ is ☒ are dismissed on the motion of the United States.

☐ Assessment : $

☒ See fine page

IT IS ORDERED that the defendant organization shall notify the United States Attorney for this district within 30 days of any change of name, principal business address, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant organization shall notify the court and United States Attorney of any material change in the organization's economic circumstances.

March 7, 2022
Date of Imposition of Sentence

_[signature]_
HON. WILLIAM Q. HAYES
UNITED STATES DISTRICT JUDGE

19CR2439-WQH

AO 245S (CASD Rev. 08/13) Judgment in a Criminal Case

DEFENDANT: WELLGREENSCA, INC. (1)  
CASE NUMBER: 3:19-CR-02439-WQH

Judgment - Page 2 of 3

## RESTITUTION

The defendant shall pay restitution in the amount of __$26,482.38__ unto the United States of America.

Pay restitution in the amount of $26,482.38 through the Clerk, U. S. District Court. Payment of restitution shall be forthwith. The defendant shall be jointly and severally liable with the co-defendants. During any period of incarceration, the defendant shall pay restitution through the Inmate Financial Responsibility Program at the rate of 50% of the defendant's income, or $25.00 per quarter, whichever is greater. The defendant shall pay the restitution during his supervised release at the rate of $1,000 per month. These payment schedules do not foreclose the United States from exercising all legal actions, remedies, and process available to it to collect the restitution judgment. Restitution is to be paid to the following victims:

| Victim | Amount |
| --- | --- |
| San Diego County Department of Environmental Health Services<br>P.O. Box 129261<br>San Diego, CA 92123-9261 | $11,581.30 |
| California Department of Toxic Substances Control<br>101 I Street, 11th Floor<br>Sacramento, CA 95812 | $5,688.72 |
| California Department of Transportation<br>Attn: Frank Santibanez MS 220<br>4050 Taylor Street<br>San Diego, CA 92110 | $9,212.36 |

Until restitution has been paid, the defendant shall notify the Clerk of the Court and the United States Attorney's Office of any change in the defendant's mailing or residence address, no later than thirty (30) days after the change occurs.

| DEFENDANT: | WELLGREENSCA, INC. (1) | Judgment - Page 3 of 3 |
| CASE NUMBER: | 3:19-CR-02439-WQH | |

## FINE

The defendant shall pay a fine in the amount of    $45,000.00

through the Clerk, U. S. District Court. Payment of fine shall be forthwith.